JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-01900-VAP (JEMx) | Date | August 12, 2020 |
|---|---|---|---|
| Title | *Jennifer Loew v. Los Angeles County Metropolitan Transportation Authority, et al.* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:** MINUTE ORDER (IN CHAMBERS) DISMISSING CASE FOR LACK OF PROSECUTION

On July 29, 2020, the Court issued an Order to Show Cause why the instant action should not be dismissed for lack of prosecution. (Dkt. 7). As of this date, Plaintiff has not taken any steps to prosecute this case or respond to the Court's Order.

Consequently, the Court ORDERS that this action be, and hereby is, dismissed without prejudice for failure to prosecute and for failure to comply with the orders of the Court. Fed. R. Civ. P. 41(b); *see Link v. Wabash R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**